In the Matter of the Claim of PATRICK J. HANRAHAN, Respondent.

INTERSTATE HOME EQUIPMENT COMPANY, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Submitted October 10, 1941; decided November 19, 1941.

*Percy G. Smith* for appellant.

*John J. Bennett, Jr., Attorney-General (Francis R. Curran* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.